UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RYANT CONNELLY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-391 |
| | § | |
| TAKATA CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING ACTION

On May 14, 2018, Defendant TKH Holdings, Inc. filed its "Notice of Occurrence of Bankruptcy Effective Date and Request for Dismissal" (D.E. 37). Pursuant to Local Rule 7.3, opposed motions will be submitted to the judge 21 days from filing. The Motion's submission date was June 4, 2018. Plaintiff has not filed a timely response to the request. Pursuant to Local Rule 7.4, failure to respond is taken as a representation of no opposition to the relief sought. The Court, after reviewing the request on the merits finds that it is well-taken. For these reasons, the request for dismissal (D.E. 37) is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

ORDERED this 6th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE